United States Bankruptcy Court
District of South Dakota

In re:                                                          Case No. 11-10170-CLN
Jeremy Jon Andrews                                              Chapter 7
Sonya Kaye Andrews
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0869-1          User: admin           Page 1 of 1          Date Rcvd: Oct 26, 2011
                              Form ID: ntcfinmt     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2011.
db        +Jeremy Jon Andrews,    19457 447th Avenue,   Lake Norden, SD 57248-5917
db        +Sonya Kaye Andrews,    PO Box 143,   Lake Norden, SD 57248-0143

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 28, 2011**              **Signature:**    _Joseph Speetjens_

Form ntcfinmt

# United States Bankruptcy Court

District of South Dakota

**Case Number: 11–10170**
**Chapter 7**

**In re:**

    **Jeremy Jon Andrews**
    SSN/ITIN xxx–xx–8853

    **Sonya Kaye Andrews**
    SSN/ITIN xxx–xx–0161

## NOTICE OF REQUIREMENT TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATION

To Debtor(s):

Pursuant to 11 U.S.C. § 727(a)(11), subject to limited exceptions, a debtor must complete a postpetition instructional course in personal financial management in order to receive a discharge under Chapter 7. Pursuant to Fed.R.Bankr.P. 1007–I(c), a debtor must complete, sign, and file a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form 23) within 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341.

You are required to complete, sign, and file an Official Form 23 on or before **November 21, 2011**. Your failure to complete, sign, and file an Official Form 23 by the time this case is ready to be closed will result in this case being closed without the entry of a discharge.

If this case is closed without the entry of a discharge, you may file a motion to reopen to allow you to file a completed and signed Official Form 23 so that a discharge may be entered. You will be required to pay the full reopening fee when a motion to reopen is filed.

Dated: 10/25/11

                                              Frederick M. Entwistle
                                              Clerk, U.S. Bankruptcy Court

                                              s/Deputy Clerk